IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| REGINA JACKSON AND RUDOLF WILLIAMSON, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF RACHEL JACKSON, DECEASED<br><br>VS.<br><br>JOHN S. FORD, M.D., and TRAVIS COUNTY, TEXAS | CIVIL ACTION NO. A10CA522 SS |

## ORDER ON DEFENDANT TRAVIS COUNTY'S MOTION FOR SUMMARY JUDGMENT

After considering the Defendant, Travis County's Motion for Summary Judgment, and the response, the Court:

DENIES the Defendant, Travis County's Motion for Summary Judgment.

SIGNED on _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
Sean M. Lyons