IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

REGINA JACKSON and RUDOLF
WILLIAMSON, Individually and on Behalf of the
Estate of Rachel Jackson, Deceased,
         Plaintiffs,

-vs-                                         Case No. A-10-CA-522-SS

JOHN S. FORD, M.D. and TRAVIS COUNTY,
TEXAS,
         Defendants.

## ORDER

IT IS ORDERED that the above case is hereby SET FOR JURY SELECTION on **Monday, January 9, 2012, at 8:30 a.m.** in the United States Courthouse, Courtroom 2, 200 West Eighth Street, Austin, Texas 78701.

IT IS FURTHER ORDERED that this case is hereby SET FOR TRIAL on **Monday, January 23, 2012, at 8:30 a..m.** in the United States Courthouse, Courtroom 2, 200 West Eighth Street, Austin, Texas 78701.

SIGNED this the 4th day of January 2012.

                                                        /s/ Sam Sparks
                                          UNITED STATES DISTRICT JUDGE