IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

REGINA JACKSON and RUDOLF
WILLIAMSON, Individually and on Behalf of the
Estate of Rachel Jackson, Deceased,
                        Plaintiffs,

-vs-                                      Case No. A-10-CA-522-SS

JOHN S. FORD, M.D. and TRAVIS COUNTY,
TEXAS,
                        Defendants.

## ORDER

BE IT REMEMBERED on this day the Court held a hearing in the above-styled cause, at which the parties appeared by and through counsel, and, pursuant to order of the Court, D'Ambra Jackson was likewise present. At the conclusion of the hearing, the Court made several oral rulings, which it now memorializes in this order.

Accordingly,

    IT IS ORDERED that Plaintiffs' Motion to Substitute Party [#88] is GRANTED;

    IT IS FURTHER ORDERED that Plaintiffs' Motion for Reconsideration [#96] is DISMISSED AS MOOT, having been withdrawn by counsel, or in the alternative is DENIED;

    IT IS FURTHER ORDERED that **JURY SELECTION** in this case, previously set for January 9, 2012, is now **SET** for **JANUARY 23, 2012**, with a jury trial to follow immediately thereafter;

IT IS FINALLY ORDERED that Plaintiffs shall make D'Ambra Jackson available for deposition no later than January 18, 2012, for a period not to exceed four hours, or as otherwise agreed by the parties.

SIGNED this the 6th day of January 2012.

/s/ Sam Sparks
SAM SPARKS
UNITED STATES DISTRICT JUDGE