IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS

Filed /-26-12

Clerk, U. S. District Court
Western District of Texas

By _____ Deputy

| | |
|---|---|
| REGINA JACKSON AND RUDOLF WILLIAMSON, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF RACHEL JACKSON, DECEASED | |
| VS. | CIVIL ACTION NO. A10CA522 SS |
| JOHN S. FORD, M.D., and TRAVIS COUNTY, TEXAS | |

## PLAINTIFFS' FIRST AMENDED EXHIBIT LIST

Plaintiffs, by and through the undersigned counsel, respectfully provide the Court, as ordered, with their Exhibit List:

| EXHIBIT NO. | DESCRIPTION | OFFERED | EXCLUDED | ADMITTED |
|---|---|---|---|---|
| PL-1 | Photographs of Rachel Jackson (solo and/or with Family & Friends) | ✓ | | 1-24-12 |
| PL-2a | Photos from (Scene of Death) in Rachel Jackson's Jail Cell | ✓ | | 1-24-12 |
| PL-3 | Records from Travis County Medical Examiner's Office | ✓ | | 1-24-12 |
| PL-4 | TCSO (Travis County) Chronic Illness Clinic Records dated 7/15-18/2008 | ✓ | | 1-23-12 |
| PL-5 | MIN/MED PSY. Lockdown Records dated 7/20/2008 and 7/21/2008 | | | |
| PL-6 | Travis County Internal Affairs Case Routing Sheet re: Rachel Jackson | | | |
| PL-7 | Detective C. Smith's Report dated 7/21/2008 | | | |
| PL-8 | Medications Sheet | ✓ | | 1-24-12 |
| PL-9 | Travis County Pharmacy Records re: Patient Rachel Jackson | ✓ | | 1-24-12 |
| PL-10 | Attorney General – Custodial Death Report filed 7/29/2008 on Rachel Jackson | | | |
| PL-11 | Travis County Inmate Incident Report 7/15/2008 | | | |
| PL-12 | Travis County Single Cell Status Sheet | ✓ | | 1-24-12 |

PAGE 1

|       | 7/16/2008 |   |   |   |
|-------|-----------|---|---|---|
| PL-13 | 5 Minute Briefing Sign Off Sheet – Meal Service dated 6/30/2008 |   |   |   |
| PL-14 | 5 Minute Briefing Sign Off Sheet – Post Visuals dated 6/28-29/2008 |   |   |   |
| PL-15 | Travis County FTO 5 Minute Training Outline 6/28-30/2008 |   |   |   |
| PL-16 | Open Psych Status Notes | ✓ |   | 1-24-12 |
| PL-17 | Travis County Internal Affairs Case Report with Notes – Report Date 7/21/2008 |   |   |   |
| PL-18 | Garrity Warning - Internal Affairs Case No.: 2008-49 signed by Employee Thomas Lynch and Investigator Russell Marburger on September 2, 2008 |   |   |   |
| PL-19 | Garrity Warning - Internal Affairs Case No.: 2008-49 signed by Employee Jennifer Segura and Investigator Russell Marburger on September 11, 2008 |   |   |   |
| PL-20 | Garrity Warning - Internal Affairs Case No.: 2008-49 signed by Employee John S. Ford, M.D. and Investigator Russell Marburger on October 24, 2008 |   |   |   |
| PL-21 | Garrity Warning - Internal Affairs Case No.: 2008-49 signed by Employee Vicki Donnelly and Investigator Russell Marburger on July 28, 2008 |   |   |   |
| PL-22 | Audio file of Diana Gonzalez – Interview by Investigator Malburger |   |   |   |
| PL-23 | Audio file of Dr. John Ford – Interview by Investigator Malburger |   |   |   |
| PL-24 | Audio file of Thomas Lynch – Interview by Investigator Malburger |   |   |   |
| PL-25 | Audio file of Vicki Donnelly – Interview by Investigator Malburger |   |   |   |
| PL-26 | Audio file of Jennifer Segura – Interview by Investigator Malburger. |   |   |   |
| PL-27 | Memo from Mike Summers to Major Sawa 7/21/2008 |   |   |   |
| PL-28 | Memo to James Sylvester from Russell Marburger 11/10/2008 |   |   |   |
| PL-29 | Deposition Transcript of John Ford 1/31/2011 |   |   |   |
| PL-30 | Deposition Transcript of Diana Gonzalez 1/27/2011 |   |   |   |
| PL-31 | Memo from Mike Summers to Major Sawa 2/12/2009 |   |   |   |
| PL-32 | Memo from Major Sawa to Jim Sylvester 3/30/2009 |   |   |   |

| | | | | |
|---|---|---|---|---|
| PL-33 | Travis County Sheriff's Office Report by R. Luna dated 7/29/2008 | | | |
| PL-34 | Expert Report of Dr. Priscilla Ray | | | |
| PL-35 | Curriculum Vitae of Dr. Priscilla Ray | ✓ | | 1-23-12 |
| PL-36 | Curriculum Vitae of Dr. David Dolinak | ✓ | | 1-24-12 |
| PL-37 | Aripiprazole/Abilify Oral Interactions and info Sheet – Package Insert 2008 | ✓ | | 1-24-12 |
| PL-38 | Thioridazine/Mellarill Oral Interactions and info Sheet – Package Insert 2008 | ✓ | | 1-24-12 |
| PL-39 | Risperidone/Risperdal Oral Interactions and info Sheet – Package Insert 2008 | ✓ | | 1-24-12 |
| PL-40 | Curriculum Vitae of Dr. John Ford | | | |
| PL-41 | FDA Drug Warning re Mellarill – Provided by Dr. Ford | ✓ | | 1-23-12 |
| PL-42 | Thalomid Package Insert provided by Dr. Ford | | | |
| PL-43 | Accutane Package Insert provided by Dr. Ford | | | |
| PL-44 | Curriculum Vitae of Diana Gonzalez | | | |
| PL-45 | Cytochrome P450 Drug Interactions provided by Diana Gonzalez | | | |
| PL-46a 46b | Antipsychotic Agents Warning & Literature provided by Diana Gonzalez | ✓ ✓ | | 1-24-12 1-24-12 |
| PL-47 | Mellaril Warning & Literature provided by Diana Gonzalez – Dear Healthcare Professional Letter | ✓ | | 1-23-12 |
| PL-48 | Travis County Pharmacy Policy & Procedure Manual provided by Diana Gonzalez | | | |
| PL-49 | Any and all Defendants Exhibits | | | |
| PL-50 | Death in Custody File for Eulogio Luna, bates LUN001-LUN175 | | | |
| PL-51 | Death in Custody File for Kenneth Arcble Stewart, bates STE001-STE251 | | | |
| PL-52 | Death in Custody File for James Oliver Ward, bates WAR001-WAR435 | | | |
| PL-53 | Death in Custody File for Johnny Gomez, Jr., bates GOM001-GOM274 | | | |
| PL-54 | Death in Custody File for Charles Thomas, bates THO001-THO228 | | | |
| PL-55 | Death in Custody File for John Wayne Booth, bates BOO001-BOO518 | | | |
| PL-56 | Death in Custody File for Blynda Lou Brooks, bates BRO001-BRO150 | | | |
| PL-57 | Death in Custody File for Justin Lee Edwards, bates EDW001-EDW170 | | | |
| PL-58 | Death in Custody File for Stephen Lee Graham, bates GRA001-GRA141 | | | |
| PL-59 | Death in Custody File for Filberto Flores, bates FLO001-FLO326 | | | |

| | | | | |
|---|---|---|---|---|
| PL-60 | Death in Custody File for Robert Butler, bates BUT001-BUT240 | | | |
| PL-61 | Death in Custody File for Donita Jackson, bates JAC-D001-JAC-D259 | | | |
| PL-62 | Death in Custody File for Dante Uresti, AKA Gilberto Rubio-Turrubiates, bates TUR001-TUR129 | | | |
| PL-63 | TCSO Inmate Handbook | | | |
| PL-64 | Any TCLEOSE training manuals that relate to death in custody | | | |
| PL-65 | Travis County Sheriffs Office policies and procedures | | | |
| PL-66 a b c | TCSO Central booking and Correctional Complex Post logs and Sergeants' logs as it concerns Rachel Jackson | ✓ ✓ ✓ | | 1-24-12 1-24-12 1-24-12 |
| PL-67 | Reuters article re Mellaril – Exhibit 6 to depo of Priscilla Ray, M.D. | | | |
| PL-68 | Psychiatric News article re: new warnings for Mellaril – Exhibit 7 to depo of Priscilla Ray, M.D. | | | |
| PL-69 A | Clinical Pharmacology and Therapeutics medical journal article – Exhibit 11 & 12 to depo of Priscilla Ray, M.D. | ✓ | | 1-23-12 |
| PL-70 | Clinical Psychopharmacology medical journal article – Exhibit 13 to depo of Priscilla Ray, M.D. | | | |
| PL-71 | IA File for Rachel Jackson | | | |

Respectfully submitted,
HENDLERLAW, P.C.

Sean M. Lyons
Texas Bar # 00792280
1301 W. 25th St., Suite 400
Austin, Texas 78705
Telephone: (512) 439-3200

PAGE 4

Facsimile: (512) 439-3201
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a copy of PLAINTIFFS' FIRST AMENDED EXHIBIT LIST was filed and served on January 19, 2011 on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorneys for Defendants:

Paul Byron Starr
GERMER GERTZ BEAMAN & BROWN, LLP
301 Congress Avenue, Suite 1700
Austin, Texas 78701
Ph: (512)472-0288
Fax (512)472-0721
pstarr@germer-austin.com
*COUNSEL FOR DR. JOHN S. FORD*

Travis County Attorney's Office
Jennifer Kraber
Elaine Casas
314 West 11th Street, Suite 520
Austin, Texas, 78701
(512) 854-9197
*COUNSEL FOR TRAVIS COUNTY*

Sean M. Lyons

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

Regina Jackson, Rudolf Williamson § 
§ CIVIL NO:
vs. § AU:10-CV-00522-SS
§
John S. Ford, M.D., Travis County, Texas, §
John S. Ford, M.D., Regina Jackson, Rudolf
Williamson

## JURY TRIAL EXHIBITS, Page 1

| Exhibit | Description | Date Admitted |
|---|---|---|
| TC-11 | Curriculam Vitae of John Ford, M.D. | 1/24/12 |
| Court 1 | 22 Tex. Admin. Code Sec. 291.33(c)(1)(A); 22 Tex. Admin. Code Sec. 291.73(d)(2) | 1/24/12 |
| D-51 | Curriculum Vitae of Jeff Barnard, M.D. | 1/25/12 |
| TC-7 | Photos of Rachel Jackson | 1/25/12 |
| D-53 | Curriculum Vitae of Joseph V. Penn, M.D. | 1/25/12 |